# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re: James J. Watkins, Jr. and Kelle K. Watkins,

Case No. 10-02975-TLM

Debtor(s)

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Gary L. Rainsdon, chapter 12 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2010.

2) The plan was confirmed on 06/20/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on 10/22/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on _____.

5) The case was completed on 8/3/16.

6) Number of months from filing or conversion to last payment: 77.

7) Number of months case was pending: 85.

8) Total value of assets abandoned by court order: _____.

9) Total value of assets exempted: $110,911.25.

10) Amount of unsecured claims discharged without full payment: $2,474,538.39.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-12-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $393,889.80 |
| Less amount refunded to debtor | $1,048.65 |
| **NET RECEIPTS:** | $392,841.15 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $29,980.11 |
| Court Costs | |
| Trustee Expenses & Compensation | $35,673.62 |
| Other | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $65,653.73 |
| Attorney fees paid and disclosed by debtor: | $6,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Grant-Baker Service Corporation | 1 | $577,674.62 | $595,537.66 | $435,000.00 | $24,447.17 | $130,392.06 |
| US Bank/Ocwen | 2 | $529,760.06 | $580,145.61 | $280,000.00 | $23,571.21 | $57,647.20 |
| Wells Fargo Auto Finance | 3 | $33,876.00 | $23,500.00 | $23,500.00 | $23,500.00 | $2,088.87 |
| JP Morgan Chase Auto Finance | 4 | $32,075.98 | $33,656.76 | $27,000.00 | $27,000.00 | $2,876.40 |
| Idaho Trust Bank | 5 | $148,000.00 | $120,500.00 | $14,500.00 | $10,372.80 | $1,477.13 |
| JP Morgan Chase | 7 | $670,000.00 | | $0.00 | | |
| Financial Pacific Leasing, LLC | secured | $6,858.76 | $13,234.46 | $0.00 | | |
| IRS | priority | $28,480.67 | $16,780.67 | $16,780.67 | $16,780.67 | $1,793.91 |
| Idaho State Tax Commission | priority | | $1,037.37 | $1,037.37 | $1,037.37 | $658.63 |
| Gem County Treasurer | priority | $0.00 | $2,294.94 | $2,294.94 | $2,294.94 | $1,249.06 |
| State Insurance Fund | priority | $2,224.00 | | | | |
| Idaho Department of Labor 4475 | priority | $4,973.75 | | | | |
| Aspen Dental | unsecured | $935.35 | | | | |
| Action Ag LLC | unsecured | $1,153.42 | | | | |
| Amalgamated Sugar Co | unsecured | $4,812.50 | $4,812.50 | | | |

**UST Form 101-12-FR-S (9/1/2009)**

| | | | |
|---|---|---|---|
| American Express | unsecured | $2,567.66 | $6,117.38 |
| Atkinson Farms | unsecured | $1,200.00 | |
| Bank of the West | unsecured | $49,436.09 | |
| Betz Supply Inc. | unsecured | $1,692.96 | $1,762.00 |
| B-Line, LLC/Chase 9449 | unsecured | $1,280.02 | $1,280.02 |
| B-Line, LLC/Chase 9368 | unsecured | $12,013.93 | $11,714.77 |
| Chase x9596 | unsecured | | $2,296.61 |
| Cargill | unsecured | $5,200.00 | $4,903.43 |
| Champion Oil | unsecured | $1,200.00 | |
| Charlie Nelson | unsecured | $1,000.00 | $1,551.30 |
| Crown Industrial | unsecured | $175.38 | |
| Dairy America/STA International | unsecured | $53,733.04 | |
| Darling International | unsecured | $1,195.00 | |
| GE Money Bank/ Dillard | unsecured | $1,104.36 | $1,082.36 |
| DL Evans Bank | unsecured | $12,206.86 | $35.77 |
| Emmett Muffler Auto Repair | unsecured | $1,396.86 | |
| Evans Grain | unsecured | $30,600.85 | $28,831.84 |
| Farmers Supply Co-op | unsecured | $1,800.30 | |
| Frank Lampley | unsecured | $3,257.30 | $3,195.00 |
| FreightCenter | unsecured | $3,750.00 | |
| Gary Mallory | unsecured | $9,800.00 | $8,981.80 |
| GE Money Bank/JC Penney | unsecured | | $1,819.44 |
| Gem Supply & Building Co-op | unsecured | $4,665.07 | $4,829.78 |
| Gem State Collection Agency | unsecured | $3,699.55 | |
| Green Tree | unsecured | $8,742.57 | |
| Halphins Dairy Supply | unsecured | $3,696.47 | |
| Hatfield Mfg | unsecured | $1,208.76 | |
| Hepton Livestock (unsec) | unsecured | $100,000.00 | $110,475.00 |
| Herriotts Trucking Inc. | unsecured | $269.91 | |

**UST Form 101-12-FR-S (9/1/2009)**

| Creditor | Type | Amount 1 | Amount 2 |
|---|---|---|---|
| High Desert Feed & Supply | unsecured | $272.26 | |
| Idaho Dept. of Labor 0193 | unsecured | $921.55 | |
| Idaho Power | unsecured | $1,330.53 | |
| Idahoroads Inc | unsecured | $3,867.70 | |
| Idaho State Tax Commission (unsec) | unsecured | | $112.50 |
| Idaho Trust Bank (unsec portion) | 5 | | $61,091.98 |
| Investco Holdings LLC | unsecured | $34,220.19 | |
| IRS (unsecured) | unsecured | $16,007.73 | $11,554.58 |
| Jack D. Hennen | unsecured | $83,000.00 | $208,940.80 |
| James Watkins Sr. | unsecured | | $1,215,000.00 |
| John Plumbing & Heating | unsecured | $2,394.30 | |
| Lawley's Inc | unsecured | $5,412.00 | $96,456.00 |
| Les Schwab Tire Center of Boise, Inc. (unsec) | 6 | $3,030.78 | $3,030.78 |
| LY Cattle Co., Inc | unsecured | $1,100.00 | $1,100.00 |
| Millenkamp Cattle Inc. | unsecured | $45,000.00 | |
| Mountain West Building Supply | unsecured | $12,568.73 | |
| P.L. Schaal, P.C. | unsecured | $2,600.00 | |
| Performance Plus Idaho | unsecured | $6,662.50 | |
| PerforMix | unsecured | $0.00 | |
| Pitney Bowes Global | unsecured | $955.51 | |
| Rauch-Milliken International/ Berkshire | unsecured | $2,943.28 | $2,364.63 |
| R&J Van Beek, LLC | unsecured | $83,950.46 | $102,066.73 |
| Rocky Mtn Pharmaceuticals | unsecured | $84,783.36 | |
| Roy Barnes | unsecured | $594.00 | |
| Shippy Bros | unsecured | $19,790.00 | |
| Spalding Fly Predators | unsecured | $9,100.00 | |
| Staker & Parson Companies | unsecured | $5,505.06 | $5,506.50 |
| Toppenish Livestock Comm | unsecured | $24,500.00 | |

**UST Form 101-12-FR-S (9/1/2009)**

| | | | |
|---|---|---|---|
| Treasure Valley Fly Control | unsecured | $845.00 | $845.00 |
| Treasure Valley Tax Services | unsecured | $2,579.56 | |
| University of Idaho | unsecured | $746.95 | |
| Valley Pump & Equipment Co. | unsecured | $9,682.24 | |
| Van Beek Nutrition | unsecured | $125,253.73 | $125,253.73 |
| Walco | unsecured | $5,992.97 | |
| Weiser Feed & Storage | unsecured | $9,448.92 | |
| Weiser Veterinary | unsecured | $1,301.61 | |
| Wendell's Dairy Service | unsecured | $545.19 | |
| Zions First National Bank | unsecured | $26,595.65 | $22,417.89 |
| Bennett Machine | unsecured | $726.74 | $726.74 |
| Wells Fargo Auto Finance | unsecured | | $10,434.76 |
| Fred Lampley | unsecured | | $496.00 |

**UST Form 101-12-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $715,000.00 | $48,018.38 | $188,039.26 |
| Mortgage Arrearage | | | |
| Debt Secured by Vehicle | $50,500.00 | $50,500.00 | $4,965.27 |
| All Other Secured | $14,500.00 | $10,372.80 | $1,477.13 |
| **TOTAL SECURED:** | $780,000.00 | $108,891.18 | $194,481.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | | | |
| Domestic Support Ongoing | | | |
| All Other Priority | $20,112.98 | $20,112.98 | $3,701.60 |
| **TOTAL PRIORITY:** | $20,112.98 | $20,112.98 | $3,701.60 |
| **GENERAL UNSECURED PAYMENTS:** | $0.00 | | |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $65,653.73 | |
| Disbursements to Creditors | $327,187.42 | |
| **TOTAL DISBURSEMENTS:** | | $392,841.15 |

**UST Form 101-12-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/18/2017        By: /s/ Gary L. Rainsdon, Trustee
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-12-FR-S (9/1/2009)**