UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In re:                                  )          Case No.: 10-2975-TLM
James J Watkins,                         )
Kelle K Watkins          ,               )          Chapter 12
Debtor(s)                                )
_____  )

---

**NOTICE OF CHAPTER 12 TRUSTEE'S FINAL REPORT AND ACCOUNT
AND DEADLINE TO OBJECT**

---

PLEASE TAKE NOTICE THAT the trustee, Gary L Rainsdon, has filed a Notice of Completion of Plan and Final Report and Account.  The Final Report is available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court Clerk
550 W. Fort St #400
Boise, ID 83724

The Final Report is entered onto the Court's docket as entry #252.  The Final Report may be viewed electronically via a PACER account[1].

PLEASE TAKE FURTHER NOTICE THAT any person wishing to object to the Final Report must, **within 30 days from the mailing of this notice,** file a written objection together with a request for a hearing, and serve a copy of both upon the trustee and the United States Trustee. If no objections are filed, the Court will deem the case fully administered pursuant to Federal Rules of Bankruptcy Procedure 5009(a) and review the case for an Order of Discharge pursuant to 11 U.S.C. §1228(a).

Date Mailed:  10/24/17                             By:    /s/  Annie Williams
                                                          Deputy Clerk

US Bankruptcy Court
6450 N. Mineral Dr.
Coeur d'Alene, ID  83815
(208) 665-6850

---

[1] PACER account information is available at www.pacer.gov.