UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In re:                                                            )        Case No: 10-2975 TLM
James J Watkins, Jr                                   )
Kelle K Watkins                                         )        Chapter 12
       Debtor(s).                                   )
                                                                     )
_____

ORDER ALLOWING TRUSTEE'S FINAL REPORT
AND DIRECTING DISCHARGE

    The Trustee having filed a Final Report and Account, and notice thereof having been given to all creditors, and no objections having been made thereto by any party in interest,

    IT IS SO ORDERED that the Final Report and Account of the Trustee is APPROVED.

    IT IS FURTHER ORDERED that the Clerk enter the Order of Discharge and close the case.

//end of text//

    DATED:  November 29, 2017

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE